**RECEIVED**

MAR 1 7 2021

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:21-CR-046 |
| v. | INDICTMENT |
| NATHAN MASON NOSLEY, | T. 18 U.S.C. § 111(a) |
| | T. 18 U.S.C. § 111(b) |
| Defendant. | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(d) |
| | T. 18 U.S.C. § 1114 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Assaulting, Resisting, or Impeding Certain Officers or Employees)**

On or about November 20, 2020, in the Southern District of Iowa, the Defendant, NATHAN MASON NOSLEY, did intentionally, willfully, and forcibly assault, resist, oppose, impede, intimidate, and interfere with S.A., an officer and employee of the United States, and M.M., T.B., and M.M., persons assisting an officer and employee of the United States, while S.A., M.M., T.B., and M.M. were engaged in and on account of the performance of official duties, using a deadly or dangerous weapon, namely a loaded RADOM (Fabryka Broni), Model 35, 9mm pistol, with possible serial number A4109.

This is a violation of Title 18, United States Code, Sections 111(a), 111(b), and 1114.

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Felon in Possession of a Firearm)**

On or about November 20, 2020, in the Southern District of Iowa, the Defendant, NATHAN MASON NOSLEY, in and affecting commerce, knowingly possessed a firearm, namely a loaded RADOM (Fabryka Broni), Model 35, 9mm pistol, with possible serial number A4109. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Count 1 and/or Count 2 of this Indictment, the Defendant, NATHAN MASON NOSLEY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Counts 1 and 2 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Ryan W. Leemkuil
Assistant United States Attorney